CUAUHTEMOC ORTEGA (Bar No. 257443)
Interim Federal Public Defender
HOWARD SHNEIDER (Bar No. 309492)
(E-Mail: howard_shneider@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1456
Facsimile: (213) 894-0081

Attorneys for Defendant
FLEMING JAMES IVORY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> FLEMING JAMES IVORY, <br> Defendant. | Case No. MJ 20-2951 <br><br> **ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that drug testing be removed as a condition of Mr. Ivory's pretrial release. Accordingly, Mr. Ivory is no longer required to submit to drug testing. All other conditions of pretrial release shall remain the same.

DATED: July 8, 2020

_____
HONORABLE MICHAEL R. WILNER
United States Magistrate Judge